Exhibit A to Short Form Complaint in  *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/Deceased Party Plaintiff Name") | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Pemberton, Erin M | 2/21/1976 | CA | Central District of California | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 2. | Pennell, Sonia | 9/5/1975 | SC | District of South Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 3. | Pennella, Donna Lee | 4/24/1948 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 4. | Perez, Iris | 3/8/1985 | AL | Northern District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 5. | Perez, Victoria | 12/24/1981 | CA | Central District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 6. | Pierce, Diana | 3/6/1977 | NC | Eastern District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 7. | Pierson, Joel | 12/6/1981 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 8. | Plachetka, Elizabeth | 4/6/1980 | WI | Western District of Wisconsin | No | Yes | No | Thyroid Disease | Counts I-XI |
| 9. | Potratz, Jerome | 10/31/1957 | NE | District of Nebraska | Yes | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 10. | Powell, Jason | 5/22/1973 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 11. | Powers, Jessica | 4/7/1984 | ND | District of North Dakota | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 12. | Presley, Lynn | 10/8/1964 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 13. | Pritchard, John | 7/31/1971 | IN | Northern District of Indiana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 14. | Pritt, Michael | 1/9/1980 | WV | Northern District of West Virginia | No | Yes | No | Testicular Cancer, and Thyroid Disease | Counts I-XI |
| 15. | Proctor, Holly | 9/8/1971 | WV | Northern District of West Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 16. | Proctor, Rick | 5/10/1962 | NM | District of New Mexico | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 17. | Pulos, Melissa | 11/25/1979 | FL | Northern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 18. | Raschke, Henry | 4/7/1992 | FL | Northern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 19. | Redinger, Margo | 5/29/1982 | MD | District of Maryland | No | Yes | No | Thyroid Disease | Counts I-XI |
| 20. | Reece, Paige | 12/4/1981 | OH | Northern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 21. | Reed, Anna | 1/31/1981 | OR | District of Oregon | No | | No | Thyroid Disease | Counts I-XI |
| 22. | Rhodes, Sheena | 12/25/1985 | OH | Northern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 23. | Richardson, Kim | 8/29/1957 | TX | Eastern District of Texas | No | Yes | No | Liver Cancer, Thyroid Cancer, Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 24. | Riddle, Brianna | 2/9/1994 | MN | District of Minnesota | No | Yes | No | Thyroid Disease | Counts I-XI |
| 25. | Ridley, James E | 7/29/1949 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I-XI |
| 26. | Riemer, Constance | 6/30/1950 | NJ | District of New Jersey | No | Yes | No | Kidney Cancer, Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 27. | Rienhardt, Charles | 10/9/1948 | NM | District of New Mexico | No | Yes | No | Thyroid Disease | Counts I-XI |
| 28. | Riley, Cardell C | 2/2/1979 | MI | Eastern District of Michigan | No | Yes | No | Kidney Cancer | Counts I-XI |
| 29. | Rivera, Jane | 9/30/1977 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease | Counts I-XI |
| 30. | Roark, Monica | 8/14/1976 | CA | Central District of California | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 31. | Roberts, Brandy | 3/4/1977 | FL | Northern District of Florida | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 32. | Roberts, Stacy | 10/3/1962 | MA | District of Massachusetts | No | Yes | No | Thyroid Disease | Counts I-XI |
| 33. | Robinson, Julie | 12/26/1979 | GA | Northern District of Georgia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 34. | Robinson, Patricia | 11/21/1988 | MD | District of Maryland | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 35. | Robinson, Russell | 9/1/1983 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 36. | Rogers, Solomon | 10/5/1968 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer, Thyroid Cancer, and Thyroid Disease | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 37. | Rose, Courtney M | 6/18/1980 | OH | Northern District of Ohio | No | Yes | No | Kidney Cancer | Counts I-XI |
| 38. | Rose, Persephonie | 3/15/1985 | GA | Northern District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 39. | Ross, William | 11/4/1959 | NC | Eastern District of North Carolina | No | Yes | No | Testicular Cancer | Counts I-XI |
| 40. | Rueger III, Donald | 10/2/1982 | AL | Northern District of Alabama | No | Yes | No | Testicular Cancer, and Thyroid Disease | Counts I-XI |
| 41. | Russek, Jonathan | 9/3/1985 | CA | Central District of California | No | Yes | No | Testicular Cancer | Counts I-XI |
| 42. | Russell, Darline | 9/24/1948 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 43. | Ryan, Kyle | 5/15/1973 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer, Testicular Cancer, Thyroid Disease | Counts I-XI |
| 44. | Sachtjen, Kelli | 3/17/1963 | SD | District of South Dakota | No | Yes | No | Thyroid Disease | Counts I-XI |
| 45. | Saladin, Aminah | 3/31/1975 | MD | District of Maryland | No | Yes | No | Thyroid Disease | Counts I-XI |
| 46. | Samples, Mark | 9/5/1963 | WV | Northern District of West Virginia | No | Yes | No | Kidney Cancer, Liver Cancer, and Thyroid Disease | Counts I-XI |
| 47. | Sanchez, Selah | 6/25/1983 | CA | Central District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 48. | Sanders, Trudy | 8/26/1963 | NC | Eastern District of North Carolina | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 49. | Santana, Peter | 1/5/1965 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 50. | Sarkodie, Mary H | 10/8/1979 | GA | Northern District of Georgia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 51. | Scandrett, Nathan | 1/1/1987 | IL | Northern District of Illinois | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 52. | Scott, Pamela | 2/1/1978 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 53. | Scott, Sherdeana | 12/27/1989 | NM | District of New Mexico | No | Yes | No | Thyroid Disease | Counts I-XI |
| 54. | Seals, Herman | 7/29/1980 | MS | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 55. | Seaton, Lisa | 6/14/1977 | FL | Northern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 56. | Seiden-Bagim, Francine | 1/4/1949 | MD | District of Maryland | No | Yes | No | Kidney Cancer | Counts I-XI |
| 57. | Seidl, Candace | 12/23/1981 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 58. | Sendejas, David | 9/17/1959 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 59. | Shaver, Rosemary | 2/25/1955 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 60. | Shaw, Richard | 8/25/1955 | NE | District of Nebraska | No | Yes | No | Kidney Cancer, and Testicular Cancer | Counts I-XI |
| 61. | Shuman, Michael | 6/19/1959 | CA | Central District of California | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 62. | Silcox, Michael | 6/1/1972 | PA | Eastern District of Pennsylvania | No | Yes | No | Testicular Cancer | Counts I-XI |
| 63. | Silva, Anna | 5/8/1975 | TX | Eastern District of Texas | No | Yes | No | Thyroid Cancer, Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 64. | Sims, Tiarra | 11/18/1980 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Disease | Counts I-XI |
| 65. | Smerz, Anita | 2/3/1965 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 66. | Smith, Constance | 4/7/1979 | AL | Northern District of Alabama | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 67. | Smith, Gillian | 4/23/1980 | FL | Northern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 68. | Smith, Heather | 6/16/1981 | IN | Northern District of Indiana | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 69. | Smith, Keith | 8/2/1978 | UT | District of Utah | No | Yes | No | Kidney Cancer | Counts I-XI |
| 70. | Smith, Wesley A | 6/30/1982 | AZ | District of Arizona | No | Yes | No | Testicular Cancer, and Thyroid Disease | Counts I-XI |
| 71. | Solt, Linda | 11/6/1971 | PA | Eastern District of Pennsylvania | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 72. | Spires, Geneva | 11/29/1982 | AR | Eastern District of Arkansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 73. | Spivey, Troy | 10/19/1964 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer | Counts I-XI |
| 74. | Staebell, Timothy | 6/29/1961 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 75. | Stapleton, Chadley | 6/5/1987 | OK | Eastern District of Oklahoma | No | Yes | No | Testicular Cancer | Counts I-XI |
| 76. | Stempel, Thomas | 2/27/1968 | MI | Eastern District of Michigan | No | Yes | No | Testicular Cancer | Counts I-XI |
| 77. | Stocks, Yolanda | 2/25/1966 | NC | Eastern District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 78. | Stowers, Clarence | 12/2/1966 | IL | Northern District of Illinois | No | Yes | No | Kidney Cancer | Counts I-XI |
| 79. | Stroman, Ashley | 7/20/1986 | SC | District of South Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |

| # | Name | DOB | State | District | | | | Condition | Counts |
|---|---|---|---|---|---|---|---|---|---|
| 80. | Strong, Mary | 7/11/1970 | NY | Eastern District of New York | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 81. | Stuchell, Stephanie | 8/29/1992 | TX | Eastern District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 82. | Summerville, Ramya | 9/11/2000 | NY | Eastern District of New York | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 83. | Surbeck, Anna | 11/4/1976 | WA | Western District of Washington | No | Yes | No | Thyroid Disease | Counts I-XI |
| 84. | Suvak, David | 12/9/1964 | MA | District of Massachusetts | No | Yes | No | Testicular Cancer | Counts I-XI |
| 85. | Swedhin, Darell As Representative of the Estate of Swedhin, Linda | 12/28/1953 | CO | District of Colorado | No | Yes | No | Kidney Cancer | Counts I-XI |
| 86. | Swift Bird, Peter | 5/11/1961 | SD | District of South Dakota | No | Yes | No | Thyroid Disease | Counts I-XI |
| 87. | Sykes, Jennifer | 10/14/1970 | NC | Eastern District of North Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 88. | Taylor, Marcee | 2/22/1984 | AR | Eastern District of Arkansas | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 89. | Thamert, Ted | 3/28/1955 | OR | District of Oregon | No | Yes | No | Thyroid Disease | Counts I-XI |
| 90. | Thomas, Alex As Representative of the Estate of Cook, Delores W | 11/17/1962 | FL | Northern District of Florida | No | Yes | No | Liver Cancer | Counts I-XI |
| 91. | Thomas, Dennis | 7/18/1955 | LA | Eastern District of Louisiana | No | Yes | No | Thyroid Disease | Counts I-XI |
| 92. | Thomas, Elizabeth | 7/19/1984 | SC | District of South Carolina | No | Yes | No | Thyroid Disease | Counts I-XI |
| 93. | Thrift, Timothy | 6/15/1978 | TX | Eastern District of Texas | No | Yes | No | Kidney Cancer | Counts I-XI |
| 94. | Tibbs, Patricia | 12/29/1955 | AL | Northern District of Alabama | No | Yes | No | Thyroid Disease | Counts I-XI |
| 95. | Tije, Yeimi | 7/5/1982 | TX | Eastern District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 96. | Trethewey, JoAnn | 9/9/1973 | CA | Central District of California | No | Yes | No | Thyroid Disease | Counts I-XI |
| 97. | Trimble, Chevon | 5/5/1981 | FL | Northern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 98. | Trimble, Lora | 3/10/1974 | MN | District of Minnesota | No | Yes | No | Thyroid Disease | Counts I-XI |
| 99. | Turco, Justin | 8/4/1978 | MS | Northern District of Mississippi | No | Yes | No | Testicular Cancer | Counts I-XI |
| 100. | Turner, Norris | 7/9/1963 | GA | Northern District of Georgia | No | Yes | No | Kidney Cancer | Counts I-XI |
| 101. | Tvizer, Jessica | 11/1/1982 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 102. | Vaitkus, Terri | 8/2/1984 | SC | District of South Carolina | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 103. | Valencia, Sandra | 7/30/1949 | CA | Central District of California | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 104. | Valentine, Janet | 10/3/1984 | OH | Northern District of Ohio | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 105. | Vannice, Tabetha | 10/10/1985 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 106. | Vasquez, Maria | 5/27/1969 | TX | Eastern District of Texas | No | Yes | No | Liver Cancer | Counts I-XI |
| 107. | Voshell, Robert | 3/29/1951 | IA | Northern District of Iowa | No | Yes | No | Thyroid Disease | Counts I-XI |
| 108. | Wall, Roberta | 4/20/1956 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 109. | Wallace, Paul | 3/22/1973 | UT | District of Utah | No | Yes | No | Thyroid Disease | Counts I-XI |
| 110. | Wallace, Scott | 12/3/1978 | MS | Northern District of Mississippi | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 111. | Walton, Barbara | 2/22/1959 | AL | Northern District of Alabama | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 112. | Walton, Benjamin James As Representative of the Estate of Walton, Deborah R | 6/30/1970 | NE | District of Nebraska | No | Yes | No | Thyroid Disease | Counts I-XI |
| 113. | Walton, Sharon | 8/22/1981 | FL | Northern District of Florida | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 114. | Wansor, Connie | 3/25/1973 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Cancer | Counts I-XI |
| 115. | Ward, Dennis | 2/10/1959 | OR | District of Oregon | No | Yes | No | Kidney Cancer, Liver Cancer | Counts I-XI |
| 116. | Watson, Nicole | 12/17/1981 | OH | Northern District of Ohio | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 117. | Wear, Brandy | 6/20/1984 | GA | Northern District of Georgia | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 118. | Wells Cormier, Valinda D As Representative of the Estate of Davis, John | 3/14/1936 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 119. | Whitaker, April | 4/8/1974 | FL | Northern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 120. | Whitley, Natasha | 8/21/1991 | CO | District of Colorado | No | Yes | No | Ulcerative Colitis | Counts I-XI |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 121. | Whitmore, Cynthia | 1/31/1958 | OK | Eastern District of Oklahoma | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 122. | Wilke, Kara | 7/31/1977 | FL | Northern District of Florida | No | Yes | No | Thyroid Disease | Counts I-XI |
| 123. | Williams, Kim | 7/19/1979 | OR | District of Oregon | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 124. | Williams, Lonzo | 12/1/1974 | WI | Western District of Wisconsin | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 125. | Williams, Megan | 5/19/1980 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Disease | Counts I-XI |
| 126. | Williams, Tiffany | 4/24/1977 | GA | Northern District of Georgia | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 127. | Willis, Jamie | 5/18/1976 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 128. | Wilson, Alycia | 12/11/1987 | CO | District of Colorado | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 129. | Wilson, Donald | 3/30/1955 | NY | Eastern District of New York | No | Yes | No | Kidney Cancer, and Thyroid Disease | Counts I-XI |
| 130. | Witt, Rebecca | 3/31/1964 | OR | District of Oregon | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 131. | Wojciechowski, Genna | 2/23/1993 | MI | Eastern District of Michigan | No | Yes | No | Thyroid Disease | Counts I-XI |
| 132. | Woods, Bert | 11/28/1972 | CA | Central District of California | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 133. | Woolfson, Joseph | 10/27/1964 | NY | Eastern District of New York | No | Yes | No | Thyroid Cancer, and Thyroid Disease | Counts I-XI |
| 134. | Wyatt, Erica | 9/14/1992 | GA | Northern District of Georgia | No | Yes | No | Ulcerative Colitis | Counts I-XI |
| 135. | Wyers, Marilyn | 9/27/1986 | VA | Eastern District of Virginia | No | Yes | No | Thyroid Disease | Counts I-XI |
| 136. | Yeager, Wayde | 10/3/1986 | MD | District of Maryland | No | Yes | No | Testicular Cancer | Counts I-XI |
| 137. | Young, Christina | 1/8/1986 | PA | Eastern District of Pennsylvania | No | Yes | No | Thyroid Disease | Counts I-XI |
| 138. | Young, Jamice | 12/5/1986 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease | Counts I-XI |
| 139. | Young, Janie | 9/14/1964 | NC | Eastern District of North Carolina | No | Yes | No | Kidney Cancer | Counts I-XI |
| 140. | Young, Mark | 2/9/1961 | WA | Western District of Washington | Yes | Yes | No | Thyroid Disease | Counts I-XI |
| 141. | Zazueta, Jesse | 2/25/1976 | CA | Central District of California | No | Yes | No | Kidney Cancer | Counts I-XI |
| 142. | Ziemba, Gary | 6/11/1954 | IL | Northern District of Illinois | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |
| 143. | Zimmerman, Karen | 12/2/1957 | TX | Eastern District of Texas | No | Yes | No | Thyroid Disease | Counts I-XI |
| 144. | Ziyadeh, Nida | 9/12/1999 | OH | Northern District of Ohio | No | Yes | No | Thyroid Disease | Counts I-XI |
| 145. | Zorrilla, Juan | 10/10/1975 | NC | Eastern District of North Carolina | Yes | Yes | No | Thyroid Disease | Counts I-XI |
| 146. | Zoucha, Jasper | 12/22/1998 | NE | District of Nebraska | No | Yes | No | Testicular Cancer | Counts I-XI |
| 147. | Zuchowski, Anthony | 2/26/1969 | NJ | District of New Jersey | No | Yes | No | Thyroid Disease | Counts I-XI |
| 148. | Zuniga, Idania As Representative of the Estate of Roman, Jorge | 9/23/1967 | FL | Northern District of Florida | No | Yes | No | Kidney Cancer | Counts I-XI |
| 149. | Zweig, Dalia | 5/15/1951 | MS | Northern District of Mississippi | No | Yes | No | Thyroid Disease | Counts I-XI |
| 150. | Zych, Angela | 7/6/1984 | NY | Eastern District of New York | No | Yes | No | Thyroid Disease, and Ulcerative Colitis | Counts I-XI |